IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, | ) ) ) ) ) | Case No. 8:14CV42 |
| Plaintiffs, | ) ) | |
| v. | ) ) | **ORDER** |
| SUSAN C. PETERS, FIVE POINTS BANK, AS TRUSTEE OF THE MAXINE BIELFELDT TRUST, and DAWN M. STANGE, | ) ) ) ) ) | |
| Defendants. | ) | |

Pursuant to the parties' request in the July 16, 2014, mediation status report letter,

**IT IS ORDERED:**

1. Progression of the case is stayed until **September 16, 2014,** to allow the parties to engage in settlement discussions.

2. The August 22, 2014, planning conference is continued to **September 19, 2014, at 10:00 A.M.**, to be held by telephone call initiated by counsel for Susan C. Peters.

DATED this 18th day of July, 2014.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge