IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and HARTFORD LIFE AND ANNUITY INSURANCE COMPANY, | ) ) ) ) ) | CASE NO. 8:14-CV-42 **STIPULATED MOTION TO DISMISS** |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| SUSAN C. PETERS, FIVE POINTS BANK, as TRUSTEE OF THE MAXINE BIELFELDT TRUST, and DAWN M. STANGE, | ) ) ) ) ) | |
| Defendants. | ) ) ) | |

Come now the parties and jointly move this Court for an Order dismissing all claims by all parties with prejudice and ordering the following:

1.　Directing the Clerk to disburse from the interplead funds $78,369.76 payable to "Susan C. Peters;"

2.　Directing the Clerk to disburse from the interplead funds $210,000.00 payable to "Dawn M. Stange;"

3.　Disbursing the remainder of any interplead funds payable to "Five Points Bank as Trustee of the Maxine Bielfeldt Trust;

4.　Dismiss the action with prejudice, each party to pay their own costs and attorneys' fees.

Respectfully submitted this 13th day of May, 2015.

FIVE POINTS BANK, Defendant

By: */s/ Kristopher J. Covi*
　　Kristopher J. Covi (#21462)
　　McGrath North Mullin & Kratz, PC LLO
　　First National Tower, Suite 3700
　　1601 Dodge Street
　　Omaha, Nebraska 68102
　　(402) 341-3070
　　(402) 341-0216 fax
　　kcovi@mcgrathnorth.com

- and –

Thomas O. Kelley (#22667)
FIVE POINTS BANK
8820 Arbor St.
Omaha, NE 68124
(402) 827-8941
Tom.Kelley@5pointsbank.com

SUSAN G. PETERS, Defendant

By: */s/ Roger G. Steele*
　　Roger G. Steele (#17804)
　　Steele Law Office
　　P.O. Box 5104
　　Grand Island, NE 68802
　　(308) 384-7414
　　(308) 384-4126 fax
　　rsteele@steeleattorneys.com

DAWN M. STANGE, Defendant

By: */s/ Charles W. Balsiger*
　　Charles W. Balsiger (#10180)
　　Carney Law PC
　　P.O. Box 1776
　　Norfolk, NE 68702
　　(402) 379-2543

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of May, 2015, the foregoing was electronically filed with the Clerk of Court by using the CM/ECF system which sent electronic notification of such filing to all CM/ECF participants.

/s/ Kristopher J. Covi