IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, and HARTFORD LIFE AND ANNUITY INSURANCE COMPANY,<br><br>        Plaintiffs,<br><br>vs.<br><br>SUSAN C. PETERS; FIVE POINTS BANK, AS TRUSTEE OF THE MAXINE BIELFELDT TRUST; and DAWN M. STANGE,<br><br>        Defendants. | CASE NO. 8:14CV42<br><br>ORDER OF DISMISSAL |

This matter is before the Court on the Parties' Stipulated Motion to Dismiss (Filing No. 38). The Motion complies with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court concludes that it should be approved, and all remaining claims in the above-captioned action should be dismissed with prejudice. Accordingly,

IT IS ORDERED:

1. The Parties' Stipulated Motion to Dismiss (Filing No. 38) is approved;

2. All remaining claims in the above-captioned action are dismissed with prejudice;

3. The Clerk of the Court shall disburse from the interpleaded funds the sum of $78,369.76 payable to "Susan C. Peters" c/o her attorney Roger Steele, P.O. Box 5104, Grand Island, NE 68802;

4. The Clerk of the Court shall disburse from the interpleaded funds the sum of $210,000.00 payable to "Dawn M. Stange" c/o her attorney Charles W. Balsiger, P.O. Box 1776, Norfolk, NE 68702-1776;

5. The Clerk of the Court shall disburse the remainder of the interpleaded funds, if any, payable to "Five Points Bank as Trustee of the Maxine Bielfeldt Trust" c/o its attorney, Kristopher J. Covi, 1601 Dodge Street, Suite 3700, Omaha, NE 68102; and

6. Each party will pay its own costs and fees.

Dated this 18th day of May, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge